FILED

CLERK, U.S. DISTRICT COURT

5/16/2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____RYO_____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ALIVIA BLOUNT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIVIA BLOUNT | **CASE NUMBER** |
| _____ | |
| PLAINTIFF/PETITIONER | 2:25-cv-03254-JLS-KES |
| V. | |
| Alivia Blount v. United States of America | **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT** |
| _____ | |
| DEFENDANT/RESPONDENT | |

I, ALIVIA BLOUNT_____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☒ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: LAZY ACRES - $2100/ MONTH
   302 MEIGS RD SANTA BARBARA CA 93109

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | | | |
   |---|---|---|
   | Public benefits? | ☒ Yes | ☐ No |
   | Business, profession or form of self-employment? | ☐ Yes | ☒ No |
   | Rent payments, interest or dividends? | ☐ Yes | ☒ No |
   | Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
   | Gifts or inheritances? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |
   | Loans? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: i currently recieve food stamps and medical cencal
   _____
   _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☒ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

If you answer is yes, describe the property and state its approximate value: _____

_____

_____

5. In what year did you last file an Income Tax Return?  2024

Approximately how much income did your last return reflect?  56,000

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:  None

_____

_____

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | 1800 | Credit Cards | 100 |
| Transportation | 200 | Child Care | 0 |
| Food | 200 | Insurance | 50 |
| Medical | 250 | Loans | 0 |
| Utilities | 150 | Other | |

CALIFORNIA                                    SANTA BARBARA
_____            _____
State                                        County (or City)

I, ALIVIA BLOUNT                             declare under penalty of perjury that the foregoing is
true and correct.  Executed on:

5/16/25 add written signature                *Alivia Blount*

5/9/25                                       ALIVIA BLOUNT
_____            _____
Date                                         Plaintiff (Signature)